## Estate of Panola Gary, Deceased, Appellant, v. J. Ernest Wilkins, Sr., Appellee.

### Gen. No. 46,328.

Everett Simpson, for appellant; Wilkins, Wilkins & Wilkins, for appellee; Julian B. Wilkins, and J. Ernest Wilkins, *pro se*, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed July 2, 1954; released for publication September 14, 1954.